[No. 65744-5-I.   Division One.   November 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CRANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02351-4, Douglass A. North, J., entered July 9, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 66732-7-I.   Division One.   November 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH OZELL CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05783-8, Lisa R. Worswick, J., entered November 13, 2009. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 67031-0-I.   Division One.   November 26, 2012.]

BRUCE BORJESSON, *Appellant*, v. THE CITY OF SEATTLE DEPARTMENT OF PLANNING AND DEVELOPMENT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-41345-2, Laura Gene Middaugh, J., entered March 18, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 67259-2-I.   Division One.   November 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNE DEE WELLS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 00-1-05037-0, Donald E. Eaton, J., entered May 11, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Lau, JJ.